UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ERIC FAST, | Civil No. 2:16-CV-01255-RSM |
| Plaintiff, | |
| vs. | ORDER REMANDING CASE |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand to the Acting Commissioner of Social Security, the Appeals Council will remand this case to an Administrative Law Judge to:

1) Provide the claimant with an opportunity to submit additional evidence;

2) Reconsider the claimant's residual functional capacity, and in so doing,

3) Further evaluate the medical opinion evidence from Joseph Jemsek, M.D., and Susan Marra, M.S., N.D.;

4) Seek supplemental vocational expert evidence, if warranted, to determine whether there are a significant number of jobs in the national economy that the claimant can perform;

5) Give the claimant an opportunity for a hearing; and

Page 1        ORDER - [2:16-CV-01255-RSM]

6) Issue a new decision.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for attorney's fees and costs under 28 U.S.C. §§ 1920 and 2412(d).

DATED this 15th day of February, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Brett E. Eckelberg
BRETT E. ECKELBERG
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3748
Fax: (206) 615-2531
brett.eckelberg@ssa.gov