UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

ERIC FAST,

        Plaintiff,

   vs.

NANCY BERRYHILL,
Acting Commissioner of Social Security

        Defendant

**Case No.** C16-1255 RSM

**ORDER**

      This matter having come on regularly before the undersigned by the stipulated motion for attorney fees pursuant to the Equal Access to Justice Act, it is hereby ORDERED that:

      Attorney fees of $2976.91 and expenses in the amount of $2.03 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 be awarded to Plaintiff.  Subject to any offset allowed under the Treasury Offset Program, the EAJA attorney fees will be paid directly to the order of: Janet Leanne Martinez. Whether or not the EAJA fees and expenses are subject to any offset, payment of this award shall be made via check sent to Attorney Janet Leanne Martinez's address:  Douglas Drachler McKee & Gilbrough, 1904 3rd Ave Suite 1030 Seattle, WA 98101.

- 1

ORDER

Douglas Drachler McKee & Gilbrough
1904 3rd Ave. Suite 1030
Seattle, WA 98101
206-623-0900
leannem@qwestoffice.net

Dated this 23rd day of March 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by,

s/J. Leanne Martinez
Janet Leanne Martinez
Attorney for Plaintiff

- 2 -

ORDER

Douglas Drachler McKee & Gilbrough
1904 3rd Ave. Suite 1030
Seattle, WA 98101
206-623-0900
leannem@qwestoffice.net